KAREN L. LOEFFLER
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
CA # 171439

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LENORA MOSES, as Personal Representative of the Estate of DELBERT WARD, | ) ) ) ) | Case No. 3:10-CV-00228-HRH |
| Plaintiff, | ) ) | **STIPULATION OF DISMISSAL** |
| vs. | ) ) | |
| UNITED STATES OF AMERICA | ) ) | |
| Defendant. | ) | |

The Parties, through counsel, notify the Court that this case has settled and that they stipulate to a dismissal with prejudice, each party to bear their own attorneys fees and costs.

RESPECTFULLY SUBMITTED September 2, 2011 in Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/ Susan J. Lindquist
        Assistant U. S. Attorney
        Counsel for United States

LAW OFFICES OF GREGORY J. GREBE

s/ Gregory J. Grebe (consent)
1400 West Benson Blvd., Suite 120
Anchorage, Alaska 99503
Phone: (907) 277-0077
Fax: (907) 274-6670
ggrebe@alaska.com
ABA#7710125

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2011,
a copy of the foregoing **STIPULATION OF DISMISSAL** was served electronically on:

Gregory J. Grebe

s/ Susan J. Lindquist\

Moses v.USA
Case No. 3:10-cv-00228-HRH