IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LENORA MOSES, as Personal )
Representative of the Estate of )
DELBERT WARD, )
)
                       Plaintiff, )
)
   vs. )
)
UNITED STATES OF AMERICA, )
) No. 3:10-cv-0228-HRH
                      Defendant. )
_____)

O R D E R

Case Dismissed

Having considered the parties' stipulation of dismissal,[1] it is hereby ordered that this case is dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED at Anchorage, Alaska, this 6th day of September, 2011.

                                               /s/ H. Russel Holland
                                             United States District Judge

---

[1]Docket No. 14.